# United States District Court
## Central District of California

UNITED STATES OF AMERICA vs. Docket No. CR - 96-930-JMI

Defendant's Name LOLEETIA HARPER Social Security No. 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

& Residence Address 3709 Montclair St., Apt 2 Los Angeles, Ca 90018 Mailing Address

ENTERED CLERK, U.S. DISTRICT COURT FEB - 7 1997 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date. MONTH 1 DAY 27 YEAR 97

**COUNSEL** ☐ **WITHOUT COUNSEL** However, the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.

☒ **WITH COUNSEL** Christopher S. Dombrowski, Appt.
(Name of Counsel)

**PLEA** ☒ **GUILTY**, and the Court being satisfied that there is a factual basis for the plea. ☐ **NOLO CONTENDERE** ☐ **NOT GUILTY**

**FINDING** There being a finding/~~verdict~~ of ☒ **GUILTY**, defendant has been convicted as charged of the offense(s) of:

FAlse claim against the United States, causing an act to be done, in violation of 18 USC 287, 2(b), as alleged in count one of the one count Information.

**JUDGMENT AND PROB./COMMITMENT ORDER** The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: 6 months. Upon release from imprisonment defendant shall be placed on supervised release for a term of 1 year under the following terms & conditions: 1. Comply with the rules & regulations of the U.S. Probation Office & General Order 318; 2. If the amount of any mandatory assessment, imposed by this judgment remains unpaid at the commencement of the term of community supervision, defendant shall pay such remainder as directed by the Probation Officer; 3. Defendant shall not prepare false tax returns using her own name or any other names. Not prepare any tax returns for any third party, or be employed in any capacity wherein she prepares tax returns;4. Participate in a psychological/psychiatric counseling or treatment program as approved & directed by the Probation Officer; 5. Not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification without the prior written approval of the Probation Officer, further defendant shall not use, for any purpose or in any manner, any name other than her true legal name; 6. Defendant shall submit her person & property to search & seizure by any law enforcement officer with or without a warrant at any time of the day or night for the rehabilitation & reformation of the defendant. Pursuant to Section 5E1?2(f) of the Guidelines all fines are waived including the costs of imprisonment, subsistence & supervision, as it is found that (see page 2)

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

ENTER ON ICMS FEB 1997

☒ This is a direct commitment to the Bureau of Prisons; and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed By: ☒ U.S. District Judge JAMES M. IDEMAN ☐ U.S. Magistrate Judge

RECEIVED/FISCAL CLERK, U.S. DISTRICT COURT FEB 4 1997 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

SHERRI R. CARTER ~~LEONARD A. BROSNAN~~, CLERK

Dated/Filed ______ By ______ Deputy Clerk

# United States District Court
# Central District of California

UNITED STATES OF AMERICA

vs

LOLEETIA HARPER

Docket No. CR - 96-930-JMI

Date 1/27/97

## JUDGMENT AND PROBATION/COMMITMENT ORDER

Continued from Page 1

defendant does not have the ability to pay. Defendant shall pay a special assessment of $50.00.

Defendant is ordered to surrender to the designated facility no later than 2/24/97, or if no designation has been made surrender to the U.S. Marshal 312 N. Speing St., Los Angeles, Ca 90012, no later than 12:00 noon on 2/24/97.

Bail to be exonerated upon surrender.

Defendant given her rights on appeal.

Court recommends defendant be designated to a Community Corrections Center.

Signed By: [x] U.S. District Judge JAMES M. IDEMAN    [ ] U.S. Magistrate

SHERRI R. CARTER
~~LEONARD A. BROSNAN~~, CLERK

Dated/Filed 2/4/97

By Judith Hurley
Deputy Clerk

AO-245-B (01/90)

# STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment

1. The defendant shall not commit another Federal, state or local crime.
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities.
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement.
15. the defendant shall not possess a firearm or other dangerous weapon;
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on ________________ to ________________

Defendant noted appeal on ________________

Defendant released on ________________

Mandate issued on ________________

Defendant's appeal determined on ________________

Defendant delivered on ________________ to ________________

at ________________, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: ________________ BY: ________________

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: ________________ BY. ________________